Michael D. DAROCHA, Plaintiff—
Appellant,

v.

FIRST CITIZENS BANK,
Defendant—Appellee.

No. 10–2117.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 13, 2011.

Decided: Jan. 18, 2011.

Michael D. Darocha, Appellant Pro Se.

Before MOTZ, KING, and WYNN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Michael D. Darocha appeals the district
court's order dismissing without prejudice
for lack of subject matter jurisdiction his
civil complaint against First Citizens Bank.
We have reviewed the record and find no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.
*Darocha v. First Citizens Bank,* No. 7:10–
cv–00367–gec, 2010 WL 3292662 (W.D.Va.
filed Aug. 18, 2010, entered Aug. Aug. 19,
2010). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-

fore the court and argument would not aid
the decisional process.

*AFFIRMED.*